IN THE SUPREME COURT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| | : | |
| In Re: Accreditation of the American | : | No. 189 |
| Board of Certification as a Certifying | : | |
| Organization for Business Bankruptcy, | : | Disciplinary Rules Docket |
| Consumer Bankruptcy, and Creditors' | : | |
| Rights | : | |
| | : | |

## ORDER

**PER CURIAM**

AND NOW, this 14th day of November, 2019, upon consideration of the recommendation of the Pennsylvania Bar Association Review and Certifying Board, the American Board of Certification is hereby reaccredited as a certifying organization for business bankruptcy, consumer bankruptcy, and creditors' rights for a period of five (5) years, beginning on November 30, 2019.